THE STATE OF MONTANA, ex rel. DAVID E. TAMIETTI, Relator, v. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the State of Montana, IN AND FOR the COUNTY OF MISSOULA, and the Honorable Robert S. Keller, District Judge, Respondents.

No. 11984.
Decided Nov. 25, 1970.
479 P.2d 60.

ORDER

PER CURIAM:

Original proceeding.

It is ordered that the Petition for Writ of Supervisory Control or Other Appropriate Writ is hereby denied.